## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No. 13-cv-01886-LTB

SANDRA ANDERSON,

    Plaintiff,

v.

INTRADO, INC., and
WEST CORP.,

    Defendants.
_____

### ORDER
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice Pursuant to Fed.R.Civ.P. 41 (Doc 4 - filed July 23, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/ Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: July 24, 2013